**Order entered March 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00330-CV

**EDGAR TUNCHEZ, Appellant**

**V.**

**BRADLY HOUK, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02501-A**

### ORDER

Before this Court is the March 25, 2020 letter from counsel for appellant that we construe as a motion for extension of time to file the clerk's record. We **GRANT** the motion. The clerk's record shall be filed by **April 8, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Dallas County Clerk John Warren and all parties.

/s/    ERIN A. NOWELL
       JUSTICE